UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK L. BRADDOCK,

        Petitioner,

                          CASE NO. 07-CV-11663
v.                           HONORABLE LAWRENCE P. ZATKOFF

JAN E. TROMBLEY,

        Respondent.
                               /

## ORDER GRANTING PETITIONER'S MOTION TO AMEND AND SETTING DEADLINES FOR FILING SUPPLEMENTAL PLEADINGS

This matter is before the Court on Petitioner's motion to amend or supplement his habeas petition to add issues which were raised in his state court appeals but not set forth in his original habeas petition. Respondent has filed an answer to the original petition, asserting that those claims should be denied for lack of merit, but has not responded to the present motion.

The Court has discretion to allow amendment of the habeas petition. *See* Rule 11, Rules Governing 28 U.S.C. § 2254 Cases; Fed. R. Civ. P. 15(a). Having considered the matter, the Court concludes that Petitioner may amend his petition to add his previously exhausted claims. Accordingly, the Court **GRANTS** Petitioner's motion to amend and **ORDERS** him to file any supplemental pleadings on or before **February 8, 2008**. The Court further **ORDERS** Respondent to file an answer to the additional issues on or before **April 8, 2008**.

                                       s/Lawrence P. Zatkoff
                                       LAWRENCE P. ZATKOFF
                                       UNITED STATES DISTRICT JUDGE
DATED: December 5, 2007