UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DERRICK L. BRADDOCK,

        Petitioner,

                           CASE NO. 07-CV-11663
v.                             HONORABLE LAWRENCE P. ZATKOFF

JAN E. TROMBLEY,

        Respondent.
_____/


**ORDER DENYING PETITIONER'S MOTIONS TO PROCEED IN FORMA PAUPERIS
AND FOR SUMMARY JUDGMENT AND ORDERING RESPONDENT TO FILE AN
ANSWER TO THE AMENDED PETITION FOR WRIT OF HABEAS CORPUS**

This matter is before the Court on Petitioner's motions to proceed *in forma pauperis* and for

summary judgment. The Court previously granted Petitioner permission to file an amended petition

for writ of habeas corpus, which he did on January 31, 2008.

In his first motion, Petitioner seeks to proceed *in forma pauperis* because he states that the

Clerk's Office has asked him to submit $27.50 for service fees and copies. The Court, however, has

not issued any such orders in this case. Petitioner has paid the $5.00 filing fee and there are no

motion fees in federal court. Accordingly, the Court **DENIES** Petitioner's motion to proceed *in*

*forma pauperis* as unnecessary.

In his second motion, Petitioner seeks summary judgment due to Respondent's failure to

timely file an answer to his amended petition. In the Court's January 7, 2008 order addressing

several of Petitioner's motions, the Court set deadlines for the submission of supplemental pleadings

giving Respondent until **July 1, 2008** to answer the amended petition. Respondent thus has several

weeks in which to file an answer to the amended petition. Additionally, the Court notes that a

1

default judgment is unavailable in a habeas corpus proceeding under 28 U.S.C. § 2254 on the ground that state officials failed to file a timely response to the petition. *See Allen v. Perini*, 424 F.2d 134, 138 (6th Cir. 1970). Accordingly, the Court **DENIES** Petitioner's motion for summary judgment.

**IT IS SO ORDERED**.

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: May 29, 2008

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on May 29, 2008.

s/Marie E. Verlinde
Case Manager
(810) 984-3290