UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DERRICK L. BRADDOCK, #216630,

    Petitioner,

                      CASE NO. 07-CV-11663
v.                       HONORABLE LAWRENCE P. ZATKOFF

JAN E. TROMBLEY,

    Respondent.
                               /

## **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, Honorable Lawrence P. Zatkoff, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DISMISSED WITH PREJUDICE.**

                                                    S/Lawrence P. Zatkoff
                                                    LAWRENCE P. ZATKOFF
                                                    UNITED STATES DISTRICT JUDGE

DATED: February 22, 2010